ZATTER W. ROSE, Respondent, *v.* IMPERIAL ENGINE COMPANY, Appellant.

*Rose* v. *Imperial Engine Co.*, 127 App. Div. 885, affirmed.
(Argued March 1, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 20, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for libel.

*H. C. Mandeville* and *Francis E. Wood* for appellant.

*Warren J. Cheney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.